### 126

State
vs
Thomas Russi, Alias. et als.
} Ind. No. 8958

March 25, 1918

SWEENEY, J. Heard on defendant's motion for a new trial March 16, 1918.

This is an indictment charging Thomas Russi and Alfredo De Russi and Michele Fontano with the murder of Cosimo Di Nuccio, by shooting him at Providence on the 10th of October 1916; and Guiseppe Piscione is charged with being an accessory after the fact on account of aiding Thomas Russi to escape.

After the murder Fontano made good his escape and he has not yet been apprehended.

Thomas Russi and Alfredo De Russi were apprehended, placed on trial and found guilty by a jury of murder in second degree.

April 27, 1917, these two defendants filed motion for a new trial, alleging as grounds therefor that the verdict is against the law and the

evidence and the weight thereof, and that they have discovered new and material evidence, and on the 8th day of February, 1918, the defendants filed the affidavit of Margherita Rosa in support of this latter ground.

February 23, 1918, the State filed seven counter-affidavits in opposition to this ground.

(Discussion of evidence)

The defendant's motion for a new trial is denied.

For State: Abbott Phillips, Assistant Attorney General.

For defendants: Pettine & De Pasquale.